

|  |  |
|---|---|
|  | Fish & Richardson P.C.<br>1717 Main Street<br>Suite 5000<br>Dallas, TX 75201<br><br>214 747 5070 main<br>214 747 2091 fax |

**VIA ECF**

July 24, 2019

**Neil J. McNabnay**
Principal
mcnabnay@fr.com
214 292 4051  direct

Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 324N
Brooklyn, New York 11201

Re:   *Sapphire Crossing, LLC v. The NPD Group, Inc.*,
       Civil Action No. 2:18-cv-7263
       July 26, 2019 Initial Conference

Dear Judge Bulsara,

Pursuant to the Court's Order on April 4, 2019 (Dkt. No. 21), Plaintiff Sapphire Crossing LLC and Defendant The NPD Group, Inc. jointly file the attached Discovery Plan Worksheet (Ex. A).  The parties look forward to discussing the suggested deadlines with the Court at the initial conference this Friday, July 26, 2019.

Respectfully submitted,

| **DEVLIN LAW FIRM LLC** | **FISH & RICHARDSON P.C.** |
|---|---|
| By: */s/ Issac Rabicoff* | By: */s/ Neil J. McNabnay* |
| Isaac Rabicoff | Neil J. McNabnay |
| Kenneth Matuszewski | Ricardo J. Bonilla |
| RABICOFF LAW LLC | Aaron P. Pirouznia |
| 73 W Monroe St | 1717 Main Street, Suite 5000 |
| Chicago, IL 60603 | Dallas, TX 75201 |
| 773-669-4590 | (214) 747-5070 |
| isaac@rabilaw.com | mcnabnay@fr.com |
| kenneth@rabilaw.com | rbonilla@fr.com |
|  | apirouznia@fr.com |
| Nicholas Ranallo, Attorney at Law |  |
| 5058 57th Avenue South | Matthew C. Berntsen (Bar No. MB4140) |
| Seattle, WA 98118 | One Marina Park Drive |
| Phone: (831) 607-9229 | Boston, MA 02210 |
| nick@ranallolawoffice.com | (617) 542-5070 |
|  | berntsen@fr.com |
| *Attorneys for Plaintiff*<br>*Sapphire Crossing LLC* | *Attorneys for Defendant The NPD Group, Inc.* |