**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ AUG 29 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAPPHIRE CROSSING, LLC,

        Plaintiff,

        v.

THE NPD GROUP, INC.,

        Defendant.
------------------------------------------------------------X

**ORDER**
2:18-CV-7263 (WFK)

**WILLIAM F. KUNTZ II, United States District Judge:**

On August 29, 2019, this Court held a pre-motion conference at the request of Defendant in its anticipation of filing a motion to dismiss the complaint. At the conference, Plaintiff informed the Court it planned to file an amended complaint.

Accordingly, it is HEREBY ORDERED:

1. Plaintiff is granted leave to file electronically and serve Defendant with the proposed Amended Complaint on or before Friday, September 20, 2019.

2. Defendant shall answer, move, or otherwise respond to Plaintiff's Amended Complaint on or before Friday, October 11, 2019.

3. If a dispositive motion is filed, Plaintiff shall serve any opposition to the motion on or before Friday, November 8, 2019.

4. Defendants shall serve any reply to Plaintiff's opposition on or before Friday, November 22, 2019.

As a courtesy to the Court, the Court requests that the parties refrain from filing motion papers until the motion has been fully briefed. If the parties elect to file their motion only once it is fully briefed, the notice of motion and all supporting papers are to be served on the other

parties along with a cover letter setting forth whom the movant represents and the papers being served. Only a copy of the cover letter shall be electronically filed in advance of the fully briefed motion, and it must be filed as a letter, not as a motion. On the day the motion is fully briefed, each party shall electronically file their individual motion papers by 5:00 P.M. on November 22, 2019. The moving Defendant shall also mail a complete set of courtesy copies of all motion papers, via overnight mail, to the Court, attention of Mr. Andrew Jackson.

SO ORDERED.

s/WFK
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 29, 2019
       Brooklyn, New York