# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Sapphire Crossing LLC,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**The NPD Group, Inc.,**<br><br>　　Defendant. | Case No. 2:18-cv-07263-WFK<br><br>Patent Case<br><br>Jury Trial Demanded |

## NOTICE OF SETTLEMENT

The parties have reached an agreement in principle. The parties expect to dismiss this matter within thirty (30) days, immediately after the performance of settlement obligations. Accordingly, the parties respectfully request the Court stay any deadlines in the case for thirty (30) days while the parties finalize settlement and file dismissal papers.

Dated: April 7, 2020

| | |
|---|---|
| */s/ Isaac Rabicoff*<br>Isaac Rabicoff (No. 6313775)<br>**Rabicoff Law LLC**<br>73 W Monroe Street<br>Chicago, IL<br>(773) 669-4590<br>isaac@rabilaw.com<br><br>**Counsel for Plaintiff**<br>**Sapphire Crossing, LLC** | */s/ Matthew C. Bernsten*<br>Matthew C Bernsten<br>**Fish & Richardson PC**<br>One Marian Park Drive<br>Boston, MA<br>(617) 542-5070<br>berntsen@fr.com<br><br>**Counsel for Defendant**<br>**The NPD Group, Inc.** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/ *Isaac Rabicoff*
Isaac Rabicoff