IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Sapphire Crossing LLC,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**The NPD Group, Inc.,**<br><br>　　Defendant. | Case No. 2:18-cv-07263-WFK<br><br>Patent Case<br><br>Jury Trial Demanded |

**[PROPOSED] ORDER ON NOTICE OF SETTLEMENT**

The parties have reached an agreement in principle. The parties expect to dismiss this matter within thirty (30) days, immediately after the performance of settlement obligations. THEREFORE, it is ORDERED that this matter is stayed for thirty (30) days from the entry of this order.

　　Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　　Judge William F. Kuntz II